UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ARCHIE HOGAN JR.,**

    **Plaintiff,**

                                          Case No.:  4:20-CV-280

**v.**

**3101 GINGER DRIVE OPERATIONS, LLC
D/B/A HERITAGE HEALTHCARE
CENTER AT TALLAHASSEE,**

    **Defendant.**

_____/

### DEFENDANT'S NOTICE OF REMOVAL

Defendant, 3101 Ginger Drive Operations, LLC, d/b/a Heritage Healthcare Center at Tallahassee ("Defendant"), gives notice of the removal of the above-styled action from the Circuit Court of the Second Judicial Circuit, in and for Leon County, Florida, to this Court.  In accordance with 28 U.S.C. § 1446(a), Defendant submits the following short and plain statement regarding the grounds for removal.

    1.    On February 2, 2020, Plaintiff, Archie Hogan ("Plaintiff"), filed a two-count complaint against Defendant in the Circuit Court of the Second Judicial Circuit, in and for Leon County, Florida.  The clerk of that court assigned this action case number 2020-CA-000222.

    2.    On May 2, 2020, Plaintiff served Defendant with a summons and a copy of the complaint.

3. Plaintiff's complaint contains two counts against Defendant for discrimination based upon race in violation of Chapter 760, Florida Statutes and for violations of the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq*.

4. This Court has original jurisdiction over all civil actions arising under the Constitution, laws, or treaties of the United States. *See* 28 U.S.C. § 1331. In this case, the Court has original jurisdiction over this action because Plaintiff alleges violations of his rights under the Fair Labor Standards Act. Therefore, this action is properly removable under 28 U.S.C. § 1331 and § 1441(a), which allows for removal of "any civil action brought in a State court of which the district courts of the United States have original jurisdiction."

5. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b).

6. Defendant will file copies of all process, pleadings, and orders filed to date with the Circuit Court of the Second Judicial Circuit, in and for Leon County, Florida, simultaneously with this Notice of Removal. (*See* **Exhibit A**.)

7. Defendant has provided written notice of the removal to Plaintiff and has filed, contemporaneously with this notice, the Notice of Filing Notice of Removal in the Circuit Court of the Second Judicial Circuit, in and for Leon County, Florida. A copy of the Notice of Filing Notice of Removal is attached hereto as **Exhibit B**.

8. Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is timely because it has been filed within thirty (30) days after Plaintiff served Defendant with his complaint.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on this 27th day of May, 2020, via CM/ECF which will send an electronic notice of filing to the following:

Marie A. Mattox
Elena Komsky
Marie A. Mattox, P.A.
203 North Gadsden Street
Tallahassee, Florida 32301
marie@mattoxlaw.com
elena@mattoxlaw.com
Attorneys for Plaintiff

Respectfully submitted,

/s/ Meghan C. McDonough
Laura C. Datz
Florida Bar No.: 91386
laura.c.datz@consulatehc.com
Meghan C. McDonough
Florida Bar No.: 89143
meghan.c.mcdonough@consulatehc.com
Consulate Health Care
Office of General Counsel
5102 West Laurel Street, Suite 700
Tampa, Florida 33607
Telephone: (813) 769-6280
Facsimile: (813) 769-6281
Attorneys for Defendant