# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**ARCHIE HOGAN, JR.,**

    **Plaintiff,**

v.                                       Case No. 4:20-cv-280-AW-MAF

**3101 GINGER DRIVE OPERATIONS,
LLC, d/b/a HERITAGE HEALTHCARE
CENTER AT TALLAHASSEE,**

    **Defendant.**

_____/

## ORDER OF DISMISSAL

Both sides have filed notices indicating that the parties have settled and asking that the court retain jurisdiction to enforce the settlement. ECF Nos. 14, 15. Based on those notices, the case is dismissed, with each side to bear its own fees and costs (except as otherwise provided in the settlement agreement). The court will retain jurisdiction to enforce the agreement. The clerk will close the file.

SO ORDERED on November 16, 2020.

                                       s/ *Allen Winsor*
                                       United States District Judge